Case 2:11-cr-20005-PKH   Document 144   Filed 01/09/15   Page 1 of 1 PageID #: 541

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ORLANDO LIRA-IBARRA | ) | Case No: 2:11CR20005-005 |
|  | ) | USM No: 43585-480 |
| Date of Original Judgment: 01/13/2012 | ) | |
| Date of Previous Amended Judgment: | ) | Bruce D. Eddy |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   135   months **is reduced to**   120   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   01/13/2012   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   01/09/2015                                   /s/P.K. Holmes,III
                                                                         *Judge's signature*

Effective Date:   11/01/2015            Honorable P. K. Holmes, III, Chief United States District Judge
*(if different from order date)*                            *Printed name and title*